USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-20-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                                  **ORDER**

                                  19-CR-5 (ALC)

-against-

**Mark Brock,**

                Defendant(s)
----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Change of Plea Hearing is scheduled for **November 26, 2019** at **12:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
       November 15, 2019

                                  ANDREW L. CARTER, JR.
                                  UNITED STATES DISTRICT JUDGE