**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **11-22-19**

UNITED STATES OF AMERICA,

19 Cr. 5(ALC)

**ORDER**

-against-

Mark Brock and Jermaine Johnson,

                    Defendants.,
--------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

At the November 15, 2019 status conference, the parties requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until December 17, 2019 to allow the parties to continue engaging in plea negotiations.

The Court finds that the interests of justice are served by such an exclusion to allow the parties to continue engaging in plea negotiations and, that those interests outweigh the interests of the defendants and the public in a speedy trial.

Accordingly, it is ORDERED: the time from November 15, 2019 through December 16, 2019 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).


SO ORDERED.

Dated: New York, New York
       November 15, 2019

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE