



Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-28-20

MEMO ENDORSED

February 24, 2020

*Via ECF and Email*

Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:  United States v. Mark Brock, et al., 19-cr-05 (ALC)

Your Honor:

  I am CJA counsel to Mark Brock. I write, with no objection from the government, to request a 60 day adjournment of Mr. Brock's sentencing currently scheduled for March 6, 2020. This is the defendant's first request for an adjournment of his sentencing.

  The Court-appointed mitigation specialist needs additional time to prepare her report, which involves conducting interviews as well as the time-consuming process of obtaining various relevant historical records. Often, we are at the mercy of the institutions and facilities to comply with our records requests in a timely manner.

  As noted, the government has no objection. Thus, we respectfully request for an adjourn date of at least 60 days.

  I thank the Court for its attention to this matter.

            Very truly yours,

            /s/

            Dawn M. Cardi

cc:  All Parties (via ECF)

Application granted. Sentencing adjourned to 5-6-20 at 10:00 a.m. So Ordered.

*/s/ Andrew L. Carter*

2-28-20

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com