

Partners
Dawn M. Cardi
Chad L. Edgar

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/14/2020

April 13, 2020

*Via ECF and Email*

Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Application **GRANTED.** Sentencing adjourned to 8/14/20 at 11:30 a.m.

**SO ORDERED.**

Re: United States v. Mark Brock, 19 Cr. 05 (ALC)

Dear Judge Carter:

    I am CJA counsel to Mark Brock. I write, with no objection from the government, to request a 90-day adjournment of Mr. Brock's sentencing, currently scheduled for May 6, 2020.

    The Court-appointed mitigation specialist is still waiting for records that she has requested and the current COVID-19 health crisis has made it difficult to see Mr. Brock.

    Therefore, I respectfully request a 90-day adjournment of Mr. Brock's sentencing. Given my current trial schedule, I ask for a date August 10, 2020 or later.

    I thank the Court for its attention to this matter.

Very truly yours,

/s/

Dawn M. Cardi

cc: AUSA Danielle Sassoon (via ECF and E-mail)
AUSA Andrew Chan (via ECF and E-mail)

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
April 14, 2020

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com