

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/31/20

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

July 27, 2020

<u>*Via ECF and Email*</u>

Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Mark Brock</u>, 19 Cr. 05 (ALC)

Dear Judge Carter:

    I am CJA counsel to Mark Brock. I write, with no objection from the government, to request a 60-day adjournment of Mr. Brock's sentencing, currently scheduled for August 14, 2020.

    The on-going COVID-19 pandemic has made it extremely difficult for defense counsel and the court-appointed mitigation specialist to fully prepare for Mr. Brock's sentencing.

    Therefore, with no objection from the government, I respectfully request a 60-day adjournment of Mr. Brock's sentencing.

    I thank the Court for its attention to this matter.

Very truly yours,

/s/

Dawn M. Cardi

cc: AUSA Danielle Sassoon (via ECF and E-mail)
AUSA Andrew Chan (via ECF and E-mail)

**The application is granted. Sentencing adjourned to 10/29/20 at 10:00 a.m. So Ordered.**

*/s/ Andrew L. Carter*
7/31/20

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com