USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-11-21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

United States of America,

                              **ORDER**
                            19-CR-5 (ALC)

       -against-

Mark Brock,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    The Sentencing scheduled for February 18, 2021 is adjourned to **May 21, 2021** at **2:00 p.m.**

    SO ORDERED.

Dated: New York, New York
       February 11, 2021

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**