**MEMO ENDORSED**



CARDI & EDGAR LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/17/21__

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

February 16, 2021

<u>*Via ECF and E-mail*</u>

Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Mark Brock</u>, 19 Cr. 05 (ALC)

Dear Judge Carter:

    I am CJA counsel to Mark Brock. On February 11, 2021, the Court adjourned Mark Brock's sentencing from February 18 to May 21, 2021. I write to inform the Court that I will be engaged on trial the entire day of May 21.

    If convenient for the Court, both parties are available the following dates: May 17, 18, 24, 25, 26, 27 or 28, 2021.

    I thank the Court for its attention to this matter.

Very truly yours,

/s/

Dawn M. Cardi

cc: All Parties (via ECF and E-mail)

**The application is GRANTED. Sentencing rescheduled to 5/17/21 at 11:30 a.m. So Ordered.**

*/s/ Andrew L. Carter* 2/17/21

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com