USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/23/21__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

       Plaintiff,

  -against-

MARK BROCK,

       Defendant.

-------------------------------------------------------------------- x

**19-CR-5 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Sentencing set for **July 1, 2021** at **3:30 p.m.**

**SO ORDERED.**

Dated:  New York, New York
     June 23, 2021

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**